FILED

2016 JUN -2  PM 2: 19

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| TWENTY-FIRST CENTURY TECHNOLOGIES, INC.<br>　　　Plaintiff<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG ELECTRONICS CO., LTD.<br>　　　Defendants. | §<br>§<br>§<br>§<br>§    CIVIL ACTION NO. 1:15-cv-01080-LY<br>§<br>§<br>§<br>§<br>§ |

## ORDER ON JOINT MOTION TO CONSOLIDATE

Before the Court is the Joint Motion to Consolidate. The Court is of the opinion that said Motion should be granted.

It is therefore ORDERED that the Joint Motion is GRANTED. For the purposes of claim construction, this case, *Twenty-First Century Techs., Inc. v. Samsung Electronics Am., Inc., et al.*, Case No. 1:15-cv-01080-LY, is consolidated with *Twenty-First Century Techs., Inc. v. Acer Am. Corp., et al.*, Case No. 1:15-cv-01081-LY through the issuance of the Court's claim construction order. The *Samsung* case, Case No. 1:15-cv-01080-LY, is designated the lead case, and all parties are instructed to file any future filings in that case.

IT IS SO ORDERED.

SIGNED this _2nd_ day of _June_, 2016.

_Lee Yeakel_
LEE YEAKEL
UNITED STATES DISTRICT JUGE